JOHN M. DICKINSON and Others, Surviving Members, etc., Respondents, v. ORIENTAL TEXTILE MILLS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HERMAN B. FERGUSON, Respondent, v. RAYMOND H. CHUCK and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Smith, J., dissenting.

In the Matter of the Application for a Construction of the Last Will and Testament of RANSOM PARKER, Deceased.— Decree affirmed, with costs to all respondents separately appearing and filing briefs in this court, payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE A. ELLIOTT RANNEY COMPANY, Respondent, v. JAMES A. CAREY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SPEAR & COMPANY, Respondent, v. IRMENIE G. DELUQUE, Appellant.— Determination affirmed, with costs, with leave to defendant to answer within five days upon payment of said costs and the costs awarded to plaintiff by the determination appealed from. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Page, J., dissenting.

In the Matter of the Application of NOZAKI BROTHERS, INC., Respondent, for an Order Directing that the Arbitration, etc., between Petitioner and ROSENBERG-NEUGASS COMPANY, INC., Appellant, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES POWLOWSKY and LOUIS BROWN, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY KAUFMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

DAVID I. SEIFFER, Respondent, v. JOSEPH J. HASPEL and Another, Appellants. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Dowling and Smith, JJ., dissenting.

PORTAGE TIRE AND RUBBER COMPANY, Respondent, v. BERNARD NEVELSON and Others, Individually and as Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MARTIN ERDMANN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM ERDMANN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.